UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GERALD HENNEGHAN | ) | Case No. 05-10550-SSM |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| GERALD HENNEGHAN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Adversary Proceeding No. 05-1213 |
| | ) | |
| WACHOVIA BANK | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

A hearing was held in open court on July 19, 2005, on the plaintiff's motion to amend the complaint and on this court's order of June 22, 2005, for the plaintiff to show cause why this action should not be dismissed in light of the dismissal of the underlying bankruptcy case. The plaintiff was present in person and represented himself. The defendant appeared by counsel.

Upon consideration of the record and the argument of the parties, and for the reasons stated in the memorandum opinion filed with this order, it is

**ORDERED:**

    1. The motion to amend the complaint is granted.

    2. This action is dismissed.

3. The clerk shall mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____  _____
Stephen S. Mitchell
Alexandria, Virginia  United States Bankruptcy Judge

Copies to:

Gerald Henneghan
10102 Parkington Court
Manassas, VA 20109
Plaintiff *pro se*

Dwayne L. Garrett, Esquire
Law Offices of Dwayne L. Garrett, P.C.
15400 Calhoun Drive, Suite 160
Rockville, MD 20855
Counsel for the defendant